IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WANDA I. CINTRON** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 008-4465 |
| | : | |
| **MICHAEL J. ASTRUE, COMMISSIONER OF** | : | |
| **SOCIAL SECURITY ADMINISTRATION,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 1st day of April, 2009, upon consideration of plaintiff Wanda I. Cintron's Motion for Summary Judgment or, in the Alternative, Plaintiff's Motion for Remand, the Joint Motion for Remand filed by defendant, and the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated March 10, 2009, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated March 10, 2009, is **APPROVED** and **ADOPTED**;

2. The Joint Motion for Remand is **GRANTED**, and this action is **REMANDED** to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Joint Motion for Remand and the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated March 10, 2009;

3. Plaintiff's Motion for Summary Judgment is **GRANTED** to the extent that it seeks a remand, and **DENIED** in all other respects; and,

4. The Clerk of Court shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**.

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.